ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Thomas J. Lyons, Sr., and all other persons similarly situated,

Plaintiffs,

v.

The Alternative Board,

Defendant.

File No. CV-00-2590 PAM/JGL

**STIPULATION AND ORDER TO REMAND**

The parties to this action, by and through their undersigned counsel, stipulate that the above-entitled action shall be immediately remanded to Minnesota State District Court, Second Judicial District, and that all further proceedings in this matter shall take place before that Court.

Dated: November 30, 2000

C. E. H.

Alan M. Anderson (149500)
C. Erik Hawes (258301)
LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, Minnesota 55431-1194
(952) 835-3800

Attorneys for Defendant The Alternative Board

FILED DEC 07 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: 12/11, 2000

Peter F. Barry (266577)
The Barry Law Office, Ltd.
1560 Beam Ave., Suite A
Maplewood, Minnesota 55109-1171
(651) 714-8800

Thomas J. Lyons, Jr. (249646)
The Consumer Justice Center, P.A.
1560 Beam Ave., Suite A
Maplewood, Minnesota 55109-1171
(651) 770-9707

Attorneys for Plaintiff Thomas J. Lyons, Sr.

**ORDER**

Based upon the foregoing stipulation,

IT IS HEREBY ORDERED:

The above-entitled action shall be immediately remanded to Minnesota State District Court, Second Judicial District. All further proceedings in this matter shall take place before that Court.

Dated: Decemb 7, 2000

United States District Court Judge

::ODMA\PCDOCS\LIB1\634702\1